## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : CHAPTER 13 |
| TERRILL L. BROWN | : |
| *Aka* TERRILL MCBRIDE | : |
| | : |
| xxx-xx-2650 | : CASE NO. 25-12220-PMM |
| Debtor. | : |
| | : |
| U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee on behalf of BRAVO Residential Funding Trust 2022-RPL1 | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Movant, | : |
| v. | : |
| | : |
| TERRILL L. BROWN | : Hearing Date: November 5, 2025 at 1:00 p.m. |
| | : |
| Debtor, | : |
| And | : |
| | : |
| KENNETH E. WEST | : |
| | : |
| | : |
| Trustee, | : |
| | : |
| Respondents. | : |
| | : |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO PERMIT MOVANT TO EXERCISE ITS RIGHTS
UNDER STATE LAW AGAINST CERTAIN REALTY KNOWN AS
178 WEST CHELTENHAM AVENUE, PHILADELPHIA, PA 19120**

THIS matter being opened to the Court by secured creditor, U.S. Bank Trust National

Association, not in its individual capacity, but solely as Owner Trustee on behalf of BRAVO

Residential Funding Trust 2022-RPL1, (hereinafter "Movant"), by and through its counsel

Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, upon the filing of a

motion requesting relief from stay as to real property, more commonly known as 178 WEST CHELTENHAM AVENUE, PHILADELPHIA, PA 19120; and Brad J. Sadek, Esquire of Sadek Law Offices having filed an answer thereto on behalf of Debtor; and it appearing that the parties have amicably resolved their differences and for good cause shown; it is hereby stipulated:

1. If any valid proofs of payment are produced by the Debtor, his post-petition mortgage account shall be adjusted accordingly.

2. The Debtor is currently due for the July 1, 2025 through November 1, 2025 post-petition monthly mortgage payments, which are broken down as follows:

5 times payment of $1,118.47 (07/01/2025 – 11/01/2025),

Plus, reimbursement of Movant's attorney fees totaling $1,350.00, for a total of $6,942.35.

3. Commencing with the December 1, 2025 post-petition payment and continuing each month thereafter through and including May 1, 2026, Debtor shall remit regular monthly mortgage payments, plus 1/6 of the aforesaid arrearages ($1,157.06).

4. Commencing with the June 1, 2026 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

5. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

6. If any of the regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty (30) days late, Movant may send Debtor a written notice of default of this Stipulation.  If the default is not cured within fifteen (15) days of

the date of the notice, counsel for Movant may file a Certification of Default with the Court and

the Court shall enter an Order granting it relief from the automatic stay as to the mortgaged

property herein.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Secured Creditor                    Date:  12/3/2025

/S/BRAD J. SADEK
Brad J. Sadek, Esquire
Attorney for Debtor                              Date:  12/4/2025

 /s/ Jack K. Miller, Esquire    for

On behalf of Kenneth E. West
Chapter 13 Trustee                               Date: 12/5/2025

I have no objection to the terms of the proposed stipulation, without prejudice to any rights or remedies available to us.